IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHELIA F. WARREN | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:14-cv-00071 |
| THE SMITHFIELD PACKING COMPANY, INC. | ) ) ) |
| Defendant. | ) ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Defendant The Smithfield Packing Company, Inc.'s Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss. Upon consideration of Defendant's motion and all other relevant materials, the Court finds good cause for granting it.

**IT IS HEREBY ORDERED** that the initial pre-trial conference and discovery plan required under Rule 26(f) and all other discovery activities and requirements, including initial disclosures required under Federal Rule 26(a), are stayed until after the Court resolves Defendant's motion to dismiss.

This the 4 day of April, 2014.

The Honorable James C. Denver, III
Chief United States District Court Judge