# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| SHELIA F. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:14-CV-71-D** |
| THE SMITHFIELD PACKAGING ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss [D.E. 5] and DISMISSES Plaintiff's Complaint. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 29, 2014** WITH A COPY TO:

Jeremy Leonard (via CM/ECF electronic notification)
Melissa Romanzo (via CM/ECF electronic notification)


| | |
|---|---|
| April 29, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |